FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00779-CR

**EX PARTE** Cristian **HERRERA-GREGORIO**

From the County Court, Kinney County, Texas
Trial Court No. 12251CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

Appellant's reply brief is due on January 30, 2023. However, the appellant has filed a motion requesting an extension of time to file his reply brief. The motion is GRANTED. The appellant's reply brief is due on or before **March 1, 2023**. Further requests for extension of time will be disfavored.

It is so **ORDERED** on January 26, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT